STATE OF CONNECTICUT *v.* BENJAMIN PEARSALL

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 62 (AC 14801), is denied.

*Lawrence S. Dressler,* in support of the petition.

*Christopher T. Godialis,* deputy assistant state's attorney, in opposition.

Decided February 13, 1997

STATE OF CONNECTICUT *v.* TAVARES COSBY

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 26 (AC 14048), is denied.

*Richard Emanuel,* assistant public defender, in support of the petition.

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 70 (AC 15782), is denied. .